**Electronically Filed
Supreme Court
SCWC-11-0001015
20-SEP-2013
02:01 PM**

SCWC-11-0001015

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DANIEL JOSEPH JOHNSON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001015; CR. NO. 94-189K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

        Petitioner/Defendant-Appellant's Application for Writ
of Certiorari, filed on August 12, 2013, is hereby accepted.

        IT IS FURTHER ORDERED, that no oral argument will be
heard in this case.  Any party may, within ten days and pursuant
to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move
for retention of oral argument.

        DATED:  Honolulu, Hawaiʻi, September 20, 2013.

Reginal P. Minn                 /s/ Mark E. Recktenwald
for petitioner

                                /s/ Paula A. Nakayama
Linda L. Walton
for respondent                  /s/ Simeon R. Acoba, Jr.

                                /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

